UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD CALLAWAY,<br><br>         Plaintiff,<br><br>   v.<br><br>CINDY WOLFE, OBERG LIVING TRUST, Barbara Oberg, Trustee,<br><br>         Defendants. | NO:  2:15-CV-0123-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 33).  The motion was submitted for consideration without oral argument.  The Court has reviewed the motion and the file therein, and is fully informed. The parties have stipulated that all claims may be dismissed with prejudice and without costs to any party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this matter are **DISMISSED** with prejudice and without costs to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 30, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2